

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2018

No. 04-18-00800-CV

**IN THE INTEREST OF A.C.V,**

From the 452nd District Court, Kimble County, Texas
Trial Court No. DCV-2017-1754
Honorable Robert Hofmann, Judge Presiding

# O R D E R

Appellant Mother seeks to appeal from a trial court order terminating her parental rights. The trial court signed the final judgment terminating Mother's parental rights on August 30, 2018.

An appeal from an order terminating parental rights is an accelerated appeal. TEX. FAM. CODE ANN. § 109.002, § 263.405(a) (West 2014) (establishing that appeals from final termination orders are accelerated and governed by appellate procedures for accelerated appeals). Under the Texas Rules of Appellate Procedure, "an accelerated appeal is perfected by filing a notice of appeal in compliance with Rule 25.1 within the time allowed by Rule 26.1(b) or as extended by Rule 26.3." TEX. R. APP. P. 28.1(b). The Rules further state, "Filing a motion for new trial, any other post-trial motion, or a request for findings of fact will not extend the time to perfect an accelerated appeal." *Id*.

In this case, the notice of appeal was due to be filed on September 19, 2018. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due on October 4, 2018. *See* TEX. R. APP. P. 26.3. Appellant did not file her notice of appeal until October 15, 2018, and it does not appear that she filed a motion for extension of time.

We, therefore, ORDER appellant to show cause in writing on or before **December 14, 2018,** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court